

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

January 21, 2015

Mr. Paul T. Morin
Law Offices of Paul T. Morin, P.C.
503 W. 14th Street
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Mr. J. Bruce Bennett
Cardwell, Hart & Bennett, LLP
807 Brazos Street, Suite 1001
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Mr. Roy O. Smithers
Law Office of Roy Smithers, PC
3900 Manchaca
Austin, TX 78704

Mr. Darrell D. Gest
Darrell D. Gest, P.C.
1204 Bentwood Road
Austin, TX 78722

RE:     Court of Appeals Number:     03-07-00036-CV
        Trial Court Case Number:     279,045

Style:  Appellants, Mohammed Hadi Gharbi, aka M. H. Gharbi and Mike Gharbi// Cross-
        Appellant, Majid Hemmasi
        v. Appellee, Majid Hemmasi// Cross-Appellees, Mohammed Hadi Gharbi, aka M. H.
        Gharbi and Mike Gharbi

Dear Counsel:

    Appellant's motion to reinstate appeal was granted by this Court on the date noted above.
Accordingly, the appeal was reinstated as of this date.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
Liz Talerico, Deputy Clerk

RECEIVED
JAN 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



UNITED STATES POSTAGE

HINI V BOWLS

$ 00.40⁶  JAN 22 2015
MAILED FROM ZIP CODE 78701

02 1M
0004279596

PRESORTED
FIRST CLASS

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



# COURT OF APPEALS

THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

RECEIVED
JAN 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



NIXIE       787  NFE  1270  15 T0001/23/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711254747       *4174-01682-23-25

MR. ROY O. SMITHERS
LAW OFFICE OF ROY SMITHERS, PC
3900 MANCHACA
AUSTIN